son's lien thereon, the proceeds to be applied—first, to the expenses of sale and the plaintiff's costs and disbursements in this court and the court below; second, to the satisfaction of plaintiff's said judgment; and the surplus, if any, to be paid to whoever may be found entitled thereto by the court below.          MODIFIED.

Decided 30 July, 1900.
## DICKINSON *v.* SCHALLUS.

From Multnomah: JOHN B. CLELAND, Judge.

Suit by C. T. Dickinson against Fred Schallus to restrain a threatened sale of real estate on an execution based on a judgment against plaintiff's grantor. Plaintiff appealed from the decree.          DISMISSED.

*Mr. Granville G. Ames*, for appellant.

*Messrs. Paxton, Beach & Simon*, for respondent.

The parties hereto having stipulated for a dismissal of the cause, it was so ordered. No opinion.
DISMISSED.

Decided 30 April, 1900.
## GILCHRIST *v.* LARCH MOUNTAIN INVEST. CO.

From Multnomah: ARTHUR L. FRAZER, Judge.

Action by S. A. Gilchrist to recover from the Larch Mountain Investment Co. a certain sum of money. Plaintiff had judgment for want of an answer, and sold certain real property on execution, whereby his judgment was entirely satisfied. Defendant appeared in opposition to the confirmation of the sale, and appealed from the

order overruling its objections.   The respondent moved to affirm the judgment because the appeal had been abandoned.                                           AFFIRMED.

*Mr. Sol Bloom*, for the motion.

*Messrs. Geo. W. P. Joseph* and *Edw. B. Watson, contra.*

The motion to affirm the judgment of the trial court was allowed.   No opinion.                         AFFIRMED.

### FARMERS' TRUST CO. *v.* W. V. R. R. CO.

From Benton :  J. C. FULLERTON, Judge.

This is the last expiring gasp of the holders of certificates issued by the numerous and successive receivers of the Oregon Pacific Railroad Co. which succeeded the Willamette Valley & Coast Railroad Co. and was closed out by the Farmers' Loan & Trust Co. of New York. The steamer Willamette Valley having been sold by a federal court for certain maritime claims, the surplus was paid to the receiver of the railroad company which had owned the steamer, and is the subject of the present controversy.   The report of A. C. Woodcock, Esq., special referee, was confirmed by the court, whereupon W. H. Watson appealed.                                DISMISSED.

*Mr..Wallis Nash*, for Watson, appellant.

*Messrs. W. S. McFadden* and *Weatherford & Wyatt*, for Oregon Central & Eastern Railroad Co., respondent.

*Messrs. Laurence Flinn, Geo. G. Bingham, John Burnett, E. E. Wilson, Walter S. Hufford,* and *F. M. Johnson,* for various respondents.

Pursuant to the stipulation of the parties the appeal was dismissed.   No opinion.                       DISMISSED.